RECEIVED
AUG 0 5 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

Jane Doe )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Duke University )
_____ )
_____ )
_____ )
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:22-CV-00303-BO
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 4600 Dominion Ridge Circle, Morrisville, NC, 27560

2. Defendant(s) name(s): Duke University

1

Location of principal office(s) of the named defendant(s):
2301 Erwin Rd, Durham, NC, 27705

Nature of defendant(s) business: Higher Education, Research, Medical Facility

Approximate number of individuals employed by defendant: 43,000+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

(A) _____ Failure to employ me.

(B) _____ Termination of my employment.

(C) ✓ Failure to promote me.

(D) _____ Other acts as specified below:

_____
_____
_____
_____
_____
_____
_____
_____

2

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __✓__ not presently employed by the defendant.

   The dates of employment were 7/1/2019 - 10/16/2021.

   Employment was terminated because:

   (1) _____ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) __✓__ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) __✓__ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) _____ other as specified below:

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Valerie Abbott, White, Female, Research Administration Manager

   Michelle Bigsbee, White, Female, Vice Provost of Research Administration

3

8. The alleged discrimination occurred on or about ___October 2020 - November 2021___.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

In December of 2020, Ms. Doe informed her manager, Valerie Abbott that the advantageous work environment created for her White counterpart was discriminatory. Despite many requests, Ms. Doe was not provided with essential tools for her job duties and witnessed her White co-worker recieve these basic necessities. Ms. Doe escalated the issue to Ms. Abbott's manager Michelle Rigsbee and members of Human Resources. Ms. Abbott and Ms. Rigsbee began retaliating against Ms. Doe by asking her to resign as the Chair of the Employee Diversity and Inclusion Committee. In September of 2021, Ms. Abbott forcibly removed Ms. Doe from the Committee. In May of 2021, Ms. Doe recieved mental health treatment and was medically diagnosed as mentally incapacitated due to work-induced stress in September of 2021.

10. The alleged illegal activity took place at: ___Duke University___

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about ___August 2021___. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____.

4

12. I seek the following relief:

   (A) _____ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __✓___ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   8/5/2022
   Date

   Lane Doe
   Signature of Plaintiff

   4000 Dominion Bidge Circle, Apt.
   4324, Morrisville, NC 27560

   757.297.2050
   Address and Phone Number of Plaintiff

5