IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00303-BO-RN

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>      Defendant. | **ORDER** |

This case comes before the Court on Defendant Duke University's ("Defendant"), Motion to Stay Submission of Discovery Plan Until Resolution of Arbitration Issue. Good cause having been shown, it is hereby ORDERED that the deadline for submission of a discovery plan shall be stayed until after the Court rules on Duke's anticipated Motion to Compel Arbitration, which shall be filed by March 27, 2023.

SO ORDERED this the 17 day of May, 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE