IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-303-BO-RN

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court on defendant's motion to discontinue status reports. On October 12, 2023, the Court granted defendant's request to refer this dispute to arbitration. [DE 21]. Defendant was ordered to file a status report within sixty days of entry of the order and every ninety days thereafter. *Id.* Defendant has timely filed its status reports. On November 26, 2024, defendant filed the instant motion seeking relief from its obligation to file status reports. [DE 28].

As of the date of filing of the instant motion, plaintiff had taken no steps to initiate or prosecute her claims in arbitration, despite repeated requests to do so. Defendant argues that plaintiff has refused to select an arbitrator and refused to complete or submit the AAA forms, which have been provided to her on a number of occasions.

For good cause shown, defendant's motion [DE 28] is GRANTED. Defendant is relieved of its obligation to file status reports every ninety days. The case will remain administratively closed. Either party may seek to reopen the case should additional proceedings become necessary or in order to reduce the matter to judgment.

SO ORDERED, this 10 day of January 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE